IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESAPEAKE APPALACHIA, L.L.C., | : | 4:16-cv-50 |
| Plaintiff, | : | Hon. John E. Jones III |
| v. | : | |
| EDWARD M. OSTROSKI and KATHLEEN OSTROSKI, | : | |
| Defendants. | : | |

## ORDER

### August 8, 2016

In conformity with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. 23) is **GRANTED** as follows:

   A. It is hereby **ORDERED AND DECLARED** that the Lease between Chesapeake and Defendants does not permit class arbitration:

   B. It is hereby **ORDERED** that Defendants are precluded from pursuing any claims in *Ostroski v. Chesapeake Appalachia, L.L.C.*, Arb. No. 01-15-0005-8877 (AAA) on behalf of any purported class; and

    C. It is hereby **ORDERED** that Defendants are permanently enjoined from pursuing any claims in arbitration against Chesapeake on behalf of any purported class.

2. Defendants' Motion for Leave to Take Discovery (Doc. 31) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

                                                       s/ John E. Jones III  
                                                       John E. Jones III  
                                                       United States District Judge